IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREGORY LAMAR BLACKMON,

    Petitioner,

v.                                                             4:15cv161–WS/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed July 15, 2016. See Doc. 24. The magistrate judge recommends that the respondent's motion to dismiss denied. The respondent has filed no objections to the magistrate judge's report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 24) is hereby ADOPTED and incorporated by reference into this order.

2. The respondent's motion to dismiss (doc. 20) is DENIED.

3. The clerk shall remand the case to the magistrate judge for further proceedings.

DONE AND ORDERED this __10th__ day of __August__, 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE