IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREGORY LAMAR BLACKMON,

    Petitioner,

v.                                                     4:15cv161–WS/GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 33) docketed January 31, 2018. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied. The petitioner has filed objections (doc. 34) to the report and recommendation.

Upon review of the record in light of the petitioner's objections to the report and recommendation, the court has determined that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 33) is hereby

ADOPTED and incorporated by reference into this order.

    2. Petitioner's amended petition for writ of habeas corpus (doc. 6) is DENIED.

    3. The clerk shall enter judgment stating: "The petitioner's amended petition for writ of habeas corpus is DENIED."

    4. A certificate of appealability is DENIED.

    DONE AND ORDERED this __5th__ day of __March__, 2018.

    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE5.